GERALD M. THORNTON
Freeholder Director

JAMES B. ARSENAULT, JR., ESQ.
County Counsel
jarsenault@co.cape-may.nj.us

LAUREN F. FOGARTY, ESQ.
Assistant County Counsel
lfogarty@co.cape-may.nj.us

# CAPE MAY COUNTY
## OFFICE of COUNTY COUNSEL

4 Moore Road, DN-104
Cape May Court House, N.J. 08210-1654
Tel. (609) 465-6885   Fax (609) 463-0705
Website: www.capemaycountygov.net



May 12, 2015

*Via Fax (856) 696-6962 & Regular Mail*

Nicholas Herron, Esq.
WASSERSTRUM & HERRON LLP
205 Landis Avenue
Vineland, N.J. 08360

    RE:  <u>Regan v. Southwind Property LLC, et al.</u>
           Docket No. F-2170-14
           Your Client: Deborah Longstreet

Dear Mr. Herron:

      I serve as Cape May County Counsel. In that capacity, I have been provided with correspondence relating to the captioned Sheriff's Sale and underlying foreclosure action by the Cape May County Sheriff's Department. This includes the January 7, 2015 instruction letter from Vastola, Fackelman & Sullivan, attorneys for the judgment creditor, authorizing the Sheriff's Sale, correspondence from April 29, 2015 from you with regard to Ms. Longstreet's bankruptcy, and your moving papers in the Bankruptcy Court seeking to set aside the Sheriff's Sale.

      Having reviewed all of this information, I have advised the Sheriff's Department that unless and until an Order is presented from a court of competent jurisdiction staying execution on the foreclosure judgment, that matter should proceed. Thus, if the successful third party purchaser from the April 29, 2015 Sheriff's Sale pays the balance of the sale price on May 29, 2015, the Sheriff's Department will continue the process of the execution, including the issuance of the Sheriff's Deed.

      I write to make you aware of my advice to my client so that you may be guided accordingly.

GERALD M. THORNTON
Freeholder Director

JAMES B. ARSENAULT, JR., ESQ.
County Counsel
jarsenault@co.cape-may.nj.us

LAUREN F. FOGARTY, ESQ.
Assistant County Counsel
lfogarty@co.cape-may.nj.us

# CAPE MAY COUNTY
# OFFICE of COUNTY COUNSEL
4 Moore Road, DN-104
Cape May Court House, N.J. 08210-1654
Tel. (609) 465-6885  Fax (609) 463-0705
Website: www.capemaycountygov.net



May 12, 2015

*Via Fax (856) 696-6962 & Regular Mail*

Nicholas Herron, Esq.
WASSERSTRUM & HERRON LLP
205 Landis Avenue
Vineland, N.J. 08360

    RE:   **Regan v. Southwind Property LLC, et al.**
           Docket No. F-2170-14
           Your Client: Deborah Longstreet

Dear Mr. Herron:

    I serve as Cape May County Counsel. In that capacity, I have been provided with correspondence relating to the captioned Sheriff's Sale and underlying foreclosure action by the Cape May County Sheriff's Department. This includes the January 7, 2015 instruction letter from Vastola, Fackelman & Sullivan, attorneys for the judgment creditor, authorizing the Sheriff's Sale, correspondence from April 29, 2015 from you with regard to Ms. Longstreet's bankruptcy, and your moving papers in the Bankruptcy Court seeking to set aside the Sheriff's Sale.

    Having reviewed all of this information, I have advised the Sheriff's Department that unless and until an Order is presented from a court of competent jurisdiction staying execution on the foreclosure judgment, that matter should proceed. Thus, if the successful third party purchaser from the April 29, 2015 Sheriff's Sale pays the balance of the sale price on May 29, 2015, the Sheriff's Department will continue the process of the execution, including the issuance of the Sheriff's Deed.

    I write to make you aware of my advice to my client so that you may be guided accordingly.

Nicholas Herron, Esq.
May 12, 2015
Page 2

    Should you have any questions or concerns with regard to this matter, please do not hesitate to contact me.

Respectfully,

James B. Arsenault, Jr., Esq.
County Counsel

JBA:jm
cc:    Robert Nolan, Undersheriff (via e-mail only)
       John J. Sullivan, Jr., Esq. (via fax (732) 302-1207 & regular mail)