| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>John F. Bracaglia, Jr., Esq.<br>Mauro, Savo, Camerino, Grant & Schalk<br>77 North Bridge Street<br>Somerville, NJ  08876<br>(908) 526-0707<br>Attorney for Katie M. Regan | |

| | | |
|---|---|---|
| In Re:<br><br>DEBORAH A. LONGSTREET | Case No.:<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: | 15-17843<br><br><br><br>May 26, 2015<br><br>Andrew B. Altenburg |

## ATTORNEY CERTIFICATION
## RE: FACSIMILE SIGNATURE

     I, _____John F. Bracaglia, Jr._____, attorney for <u>Katie M. Regan, secured creditor</u>, having electronically filed a Certification, or other pleading required to be signed under oath or penalty of perjury, containing the facsimile signature of _____Katie M. Regan_____ in the above captioned matter, hereby certify in accordance with the Court's *General Order Establishing Procedure for Electronic Submission of Documents Containing Facsimile Signatures*, dated November 19th 2004:

1.     The Affiant has acknowledged the genuineness of the original signature.

2.     The original document was executed in completed form prior to facsimile transmission.

3.     The document or a copy with an original signature affixed to it will be obtained by me within seven (7) business days after the date the document or pleading with the facsimile signature was electronically filed with the Court.

4.     I will maintain the document containing the original signature in paper form for a period not less than seven years from the date of closure of the case or proceeding in which the document is filed.

I hereby certify, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

DATED: _____5/20/15_____                    /s/ John F. Bracaglia, Jr._____

                                                                                                Attorney for Katie M. Regan