SILVERANG, DONOHOE,
ROSENZWEIG & HALTZMAN, LLC
By: William C. Katz, Esquire (007502007)
595 East Lancaster Avenue, Ste. 203
St. Davids, PA 19087
(610) 263-0115
wkatz@sanddlawyers.com
Attorneys for Heirs of Donald L. Katz

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| DEBORAH A. LONGSTREET, | Case No. 15-17843 (ABA) |
| Debtor. | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO: UNITED STATES BANKRUPTCY COURT

**PLEASE TAKE NOTICE** that, pursuant to Sections 342 and 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), William C. Katz, Esquire of Silverang Donohoe Rosenzweig & Haltzman, LLC, hereby appears in the above-captioned case (the "Case") on behalf of Heirs of Donald L. Katz and requests copies of all notices, pleadings and other filings in the Case including, without limitation, those pursuant to Rules 2002 and 9007, to be on the following person at the address, telephone number, facsimile and electronic mail indicated:

William C. Katz, Esquire
**Silverang Donohoe Rosenzweig Haltzman, LLC**
595 E. Lancaster Avenue, Suite 203
St. Davids, PA 19087
Phone: (610) 263-0115
Fax: (215) 754-4211
E-Mail: wkatz@sanddlawyers.com

{00558040;1}

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Rules specified above but includes, without limitation, orders and notices of any application, pleading, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the Debtor or the Debtor's property.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in this Case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended to waive Heirs of Donald L. Katz's: (i) right to have final orders in non-core matters entered only after *de novo* review by a Judge of the United States District Court; (ii) right to trial by jury in any proceeding related to this Case; (iii) right to have the reference withdrawn by the United States District Court; or (iv) other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which it is entitled under agreements, in law or in equity, all of which rights, remedies, claims, actions, defenses, setoffs, and recoupments Heirs of Donald L. Katz expressly reserve.

Dated: May 22, 2015

**SILVERANG, DONOHOE, ROSENZWEIG & HALTZMAN, LLC**

By: /s/ William C. Katz
William C. Katz, Esquire (007502007)
Attorneys for Heirs of Donald L. Katz